

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00048-CV

**FDP, LP** and Larry Friesenhahn,
Appellants

v.

Robert **MARX** and Debbie Marx,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 17-07-0416-CVW
Honorable Polly Jackson Spencer, Judge Presiding[1]

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellants FDP, LP and Larry Friesenhahn.

SIGNED March 23, 2022.

Liza A. Rodriguez, Justice

---

[1]Sitting by assignment